UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTOPHER M. HUTCHINGS,**

    **Plaintiff,**

**v.**                                                           **Case No: 6:18-cv-1825-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff seeks review of the final decision of the Commissioner of the Social Security Administration ("the Commissioner") denying his claim for the establishment of a period of disability and Disability Insurance Benefits. United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 22), recommending that the Court reverse the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) and remand the case for further proceedings.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The final decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDED** to the Commissioner for further proceedings.

3. The Clerk is directed to enter judgment accordingly. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 20, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record